| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | Order Filed on March 17, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Roger E. Parrott | Case No: _____11-40576_____<br><br>Chapter: _____13_____<br><br>Hearing Date: _____<br><br>Judge: _____JNP_____ |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❏ **MORTGAGE**  ☒ **LIEN**  ❏ **OTHER (specify)** _____

Recommended Local Form:  ☒ Followed  ❏ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 60 Holly Oak Drive
   Voorhees, NJ 08043

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: William C. Fox HVAC Inc.
   b. Current Assignee: 
   c. Current Servicer: 
   d. Date of Mortgage/Lien: on or about July 5, 2011
   e. Date of Recordation: on or about July 5, 2011
   f. Place of Recordation: Clerk, Superior Court of New Jersey
      i. Mortgage Book: Docket No: DC-007516-11
      ii. Page: N/A
   g. Original Principal Balance of Mortgage/Lien: $ 5,350.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

2