Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 11−40576−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roger E Parrott
   60 Holly Oak Drive
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−0729

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2012.

On 3/17/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                April 19, 2017
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 20, 2017
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 11-40576-JNP
Roger E Parrott                                                  Chapter 13
        Debtor                        CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3                 Date Rcvd: Mar 20, 2017
                              Form ID: 185             Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db             +Roger E Parrott,    60 Holly Oak Drive,    Voorhees, NJ 08043-1538
aty            #Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 200,    P.O. Box 1024,
                 Mountainside, NJ 07092-0024
lm              Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
512460661      +ADT Security Service,    PO Box 96175,   Las Vegas, NV 89193-6175
512460662      +ADT Security Services, Inc.,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
512460669       ARM,   PO Box 129,   Thorofare, NJ 08086-0129
512460663      +Akron Billing Center,    2620 Ridgewood Rd.,    Akron, OH 44313-3507
512460664      +Allied Interstate,    3000 Corporate Exec.,   Columbus, OH 43231-7689
512460665      +American Home Shield,    Attn: Accounting Dept,    PO Box 2803,    Memphis, TN 38101-2803
512460666      +Ameriloan,    3531 P. Street NW,   PO Box 111,   Miami, OK 74355-0111
512460667       Anju Nayar MD,    705 Worthington Drive,   Moorestown, NJ 08057-4409
512460668      +Apex,   1891 Santa Barbara Drive, #204,    Lancaster, PA 17601-4106
512460673      +B & B Tree,    1724 Maple Ave.,   Cherry Hill, NJ 08002
512460674      +BAC Home Loan Servicing LP,    450 American St SV,    Simi Valley, CA 93065-6285
512460683     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,      PO Box 8099,    Newark, DE 19714-8099)
512460677      +Carpet and Upholstery Care,    1509 Rt. 38,   Hainesport, NJ 08036-2981
512460680      +Clements Lawn Mowing,    25 S. White Horse Pike,    Audubon, NJ 08106-1335
512460681      +Clemmens Lawn and Landscape Maintenance,    PO Box 188,    Atco, NJ 08004-0188
512460682       Comcast Cable,    PO Box 3005,   Southeastern, PA 19398-3005
512460686      +DSNB Macy's,    Citibank,   PO Box 8053,   Mason, OH 45040-8053
512543806      +Delaware Title Loans, Inc,    c/o The Salkin Law Firm, P.A.,
                 1776 N. Pine Island Road, Suite 218,    Plantation, FL 33322-5223
512460684      +Delaware Title Loans, Inc.,    111 Naamans Road,    Claymont, DE 19703-2713
513087691    +++Doehny Water Warehouse,    Centurion Service Corporation,    1040 S. Arlington Heights Road,
                 Suite 205,    Arlington, Heights, IL 60005-3162
512460685      +Doheny Water Warehouse,    Warehouses/Enterprises,    6950 51st St,    Kenosha, WI 53144-1740
512460689      +ERSolutions, Inc.,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
512460687      +Eastern Account System of Conn., Inc.,    PO Box 837,    Newtown, CT 06470-0837
512460688      +Emergency Physician of SJ,    2620 Ridgewood Road,    Akron, OH 44313-3527
512460690      +First Bank of Delaware,    1608 Walnut Street,   Suite 1000,    Philadelphia, PA 19103-5451
512460691      +First Premier Bank,    3820 N. Louise Ave,   Sioux Falls, SD 57107-0145
512460692       First Premier Bank, Inc.,    PO Box 5524,   Sioux Falls, SD 57117-5524
512591189    +++Freshcoat,    400 Stokes Road,   Medford, NJ 08055-8406
512460693      +Freshcoat Painting,    520 Stokes Road, Ste A-8,    Medford, NJ 08055-2915
512460695      +GEMBC/Walmart,    PO Box 981400,   El Paso, TX 79998-1400
512460696      +Gibson Electrical and General Contractor,    1016 Jarvis Road,    Sicklerville, NJ 08081-9728
512460698       HRRG,   Re: Voorhees Emerg Phy Servic,    PO Box 189053,    Plantation, FL 33318-9053
512460699      +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
512460700      +HSBC Bank Nevada NA,    1111Town Center Drive,   Las Vegas, NV 89144-6364
512460697      +Harry MCcabe,    c/o Hoffman & Mancini, P.C.,    1814 East Route 70, Suite 350,
                 Cherry Hill, NJ 08003-2057
512460701      +In the Swim,    320 Industrial Drive,   West Chicago, IL 60185-1876
512460703      +JMA Landscaping,    327 Lincoln Ave,   West Berlin, NJ 08091-1209
512460702      +Jersey Pool and Spas,    683 Stokes Road,   PO Box 1332,   Medford, NJ 08055-6332
512460704      +Joseph C. Stringfellow,    2 Hartsdale Court,   Burlington, NJ 08016-5146
512460705      +Mangold Lawn & Landscaping, Inc.,    6 Grove Ct.,    Marlton, NJ 08053-4927
516707727      +Mark J. Molz, Esq.,    Law Offices of Mark J. Molz,    1400 Route 38 East,    P O Box 577,
                 Hainesport, NJ 08036-0577
512460706      +Matthew P. Carroll,    200 East Chestnut Street 20D,    Bordentown, NJ 08505-2050
512460707      +Medical Center at Princeton-OP,    253 Witherspoon St.,    Princeton, NJ 08540-3211
512460708      +Mount Laurel Heating and Cooling,    23 Oregon Ave,    Mount Laurel, NJ 08054-1115
512460709     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
512460710      +NCO Financial Systems,    Dept 64,   PO Box 64,    Trenton, NJ 08601-0064
512460713       NJ American Water,    PO Box 578,   Alton, IL 62002-0578
512460712      +Niagara Pools & Spa's,    318 S. Black Horse Pike,    Blackwood, NJ 08012-2804
512460724      +PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
512460715      +Paragon Federal Credit Union,    100 Paragon Drive,    Montvale, NJ 07645-1780
512460714       Paragon Federal Credit Union,    PO Box 400,   Montvale, NJ 07645-0400
516707728      +Paul Davis Systems of Souther NJ Inc.,    dba Paul Davis Restoration of SouthernNJ,
                 509 E. Park Drive,    Hainesport, NJ 08036-3650
512460717       Pepco Holdings, Inc.,    630 Martin Luther King Jr. Blvd.,    PO Box 231,
                 Wilmington, DE 19899-0231
512460720      +Precision Power Wash, Inc.,    27 S. White Horse Pike,    Somerdale, NJ 08083-1737
512460721       Princeton Healthcare System,    PO Box 8500,   Philadelphia, PA 19178-9226
513300777      +Princeton Medical Center,    Att: CC & CB,   POB 336,    Raritan, NJ 08869-0336
512460722      +Progressive,    PO Box 94739,   Cleveland, OH 44101-4739
512460723       Progressive Insurance,    PO Box 129,   Grand River, OH 44045-0129
512460730     #+RMS,   4836 Brecksville Rd.,    PO Box 523,   Richfield, OH 44286-0523
512460725      +Rachelle A. Waitz, Esq.,    2100 One Liberty Place,    1650 Market Street,
                 Philadelphia, PA 19103-7301
512460726       Raymour & Flanigan,    PO Box 130,   Liverpool,   Liverpool, NY 13088-0130
```

```
District/off: 0312-1          User: admin              Page 2 of 3             Date Rcvd: Mar 20, 2017
                              Form ID: 185             Total Noticed: 105


512460728     +Regional Sewer Service,    Re: 340027531,    PO Box 1105,    Bellmawr, NJ 08099-5105
512460727      Regional Sewer Service,    Re: 340021088,    PO Box 1105,    Bellmawr, NJ 08099-5105
512460731     +Robert Gilbert,    5508 Edsel Street,    Harrisburg, PA 17109-5658
512460732     +Runnemede Plumbing & Heating,    39 North Black Horse Pike,    Runnemede, NJ 08078-1695
513426820    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,
                Attn: Bankruptcy Department,    P O Box 245,    Trenton, NJ 08695)
512460733     +Sarah Fern Meil,    19 Bridge Street,    PO Box 426,    Stockton, NJ 08559-0426
512460734      South Jersey Gas,    PO Box 3121,    West Grove, PA 19390-3121
512460735     +Sterling Credit Corporation,    PO Box 675,    Spring House, PA 19477-0675
512460737      The Home Depot Card,    House Crafters,    Dept 51,    Atlanta, GA 30353-5980
512460738     +Todd's Chem Dry,    5626 Rt 38,    Merchantville, NJ 08109-4814
512460739      Transworld Systems, Inc.,    Collection Agency,    Raritan Plaza II,    #A 23,    Edison, NJ 08837
512460740     +Transworld Systems, Inc.,    5300 Hollister St. #500,    Houston, TX 77040-6138
512460741     +United Capital Lenders,    3747 Church Road,    Mount Laurel, NJ 08054-1144
512460742      Virtua Health Berlin,    PO Box 7009,    Bellmawr, NJ 08099-7009
512460743     +Virtua Health Voorhees,    Mail Processing Center,    2 Broad Street,    Bloomfield, NJ 07003-2547
512460744     +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
512460729    +++WEIR & PARTNERS LLP,    215 FRIES MILL ROAD, 2ND FLOOR,    TURNERSVILLE, NEW JERSEY 08012-2021
512460746     +William C. Fox HVAC Inc.,    703 Van Rossum,    Beverly, NJ 08010-1739
512534631     +William C. Fox Heating and Air Conditioning LLC,    Law office of Joseph C. Stringfellow,
                2 Hartsdale Court,    Burlington, NJ 08016-5146
512460747      Zallie Supermarket,    ROI Services,    PO Box 1886,    Wake Forest, NC 27588-1886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2017 22:57:36     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2017 22:57:30     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
512460671      E-mail/Text: g20956@att.com Mar 20 2017 22:58:01     AT&T Wireless,    PO Box 8220,
                Aurora, IL 60572-8220
512460672     +E-mail/Text: bankruptcy@pepcoholdings.com Mar 20 2017 22:57:15     Atlantic City Electri,
                5 Collins Drive,    Penns Grove, NJ 08069-3600
512534689      E-mail/Text: bankruptcy@pepcoholdings.com Mar 20 2017 22:57:15
                Atlantic City Electri Company,    Pepco Holdings Inc.,    Bankruptcy Div., Mail Stop:84CP42,
                5 Collins Drive, Ste. 2133,    Carneys Point, NJ  08069-3600
512460676     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 20 2017 22:54:32
                Capital One Auto Finance,    3901 North Dallas Parkway,    Plano, TX 75093-7864
512460679     +E-mail/Text: bankruptcy@certifiedcollection.com Mar 20 2017 22:57:21
                Certified Credit Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
512585173      E-mail/Text: cio.bncmail@irs.gov Mar 20 2017 22:57:09
                Department of the Treasury - Internal Revenue Serv,    P.O. Box 7317,
                Philadelphia, PA 19101-7317
512460694     +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2017 22:54:00     GEMB/JCPenny's,    PO Box 103106,
                Roswell, GA 30076-9106
512460711     +E-mail/Text: bankruptcydepartment@tsico.com Mar 20 2017 22:58:05
                NCO Financial Systems, Inc.,    PO Box 15630,    Dept 02,    Wilmington, DE 19850-5630
512542048     +E-mail/Text: csc.bankruptcy@amwater.com Mar 20 2017 22:58:14     New Jersey American Water,
                POB 578,    Alton IL 62002-0578
512460718      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:00:40
                Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
512460719      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:00:29
                Portfolio Recovery Assoc,    PO Box 12914,    Norfolk, VA 23541
512512957      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:12:15
                Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
512512960      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:12:20
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
512512962      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:12:15
                Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
512566546     +E-mail/Text: bankruptcy@pseg.com Mar 20 2017 22:56:40     PSE&G,    PO Box 490,
                Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
512460716      E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2017 22:54:00     Pay Pal Plus,    PO Box 960080,
                Orlando, FL 32896-0080
512741722      E-mail/Text: recovery@paypal.com Mar 20 2017 22:56:40     PayPal Inc,    PO Box 45950,
                Omaha NE 68145-0950
512810072     +E-mail/Text: csidl@sbcglobal.net Mar 20 2017 22:57:52     Premier BankCard/Charter,
                PO Box 2208,    Vacaville, CA 95696-8208
512460745     +E-mail/Text: jdukelow@voorheesnj.com Mar 20 2017 22:57:31     Voorhees Township,
                Re: Water & Sewer,    620 Berlin Road,    Voorhees, NJ 08043-1493
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAC Home Loans Servicing, LP, fka Countrywide Home
512711528      BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME
```

```
District/off: 0312-1           User: admin                  Page 3 of 3                   Date Rcvd: Mar 20, 2017
                               Form ID: 185                 Total Noticed: 105

cr*            +Robert Gilbert,    5508 Edsel Street,    Harrisburg, PA 17109-5658
512508531*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue,    PO Box 21126,    Philadelphia PA 19114)
512513526*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19114)
516707726*     Internal Revenue,    PO Box 744,    Springfield, NJ 07081
513359742*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
512512970*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,
                 Norfolk VA 23541)
512512971*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,
                 Norfolk VA 23541)
512460670     ##+Associated Cardiovascular Consult,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
512460675     ##Bureau of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
512460678     ##Centurion Service Corporation,    1606 Colonial Parkway,    Palatine, IL 60067-4738
512460736     ##+Terminex,    650 Grove Road, Suite 104A,    Paulsboro, NJ 08066-1850
                                                                                             TOTALS: 2, * 7, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              Barbara J. Snavely    on behalf of Debtor Roger E Parrott jjresq1@comcast.net
              Brian C. Nicholas    on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor   Nationstar Mortgage, LLC bankruptcy@feinsuch.com
              Richard P. Coe, Jr.    on behalf of Plaintiff Robert  Gilbert rcoe@weirpartners.com,
               rcoe62@hotmail.com;mmorris@weirpartners.com
              Richard P. Coe, Jr.    on behalf of Creditor Robert  Gilbert rcoe@weirpartners.com,
               rcoe62@hotmail.com;mmorris@weirpartners.com
              S. Daniel Hutchison    on behalf of Debtor Roger E Parrott sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
              S. Daniel Hutchison    on behalf of Defendant Roger E Parrott sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
                                                                                             TOTAL: 9
```