Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  Roger E. Parrott

Case No..: 11-40576
Judge: Jerrold N. Poslusny, Jr.
Debtor(s)
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
☑ Discharge Sought
☐ No Discharge Sought

Date: 10/21/2011

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The Debtor shall pay $1,118.10 Monthly for 5 months, then $2,000.00 Monthly for 54 months, then $2,523.00 Monthly for 1 month to the Chapter 13 Trustee, starting on November 1, 2011 for approximately 60 months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>☑ Future Earnings<br>☐ Other sources of funding (describe source, amount and date when funds are available): |

1

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| S. Daniel Hutchison 6931 | Attorney Fees | 3,500.00 |
| S. Daniel Hutchison 6931 | Attorney Fees | 200.00 |
| S. Daniel Hutchison 6931 | Attorney Fees | 500.00 |
| Internal Revenue | Taxes and certain other debts | 16,359.87 |
| Regional Sewer Service | Taxes and certain other debts | 561.84 |
| Regional Sewer Service | Taxes and certain other debts | 0.00 |
| Voorhees Township | Taxes and certain other debts | 0.00 |

## Part 4: Secured Claims

    a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

    b. **Modification**

2

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Robert Gilbert | Location: 60 Holly Oak Drive, Voorhees, NJ 08043 | 127,000.00 | 494,900.00 | First Mortgage BAC Home Loan Servicing LP - 422,900.00 | 72,000.00 | 0.00 | 72,000.00 |
| Harry MCcabe | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | 6,702.00 | 494,900.00 | First Mortgage BAC Home Loan Servicing LP - 422,900.00 Judgment Lien Robert Gilbert - $127,000.00 Judgment Lien William C. Fox HVAC Inc. - 5,732.00 | 6,702.00 | 0.00 | 0.00 |
| Paul Davis Systems of Souther NJ Inc. | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | 19,646.00 | 494,900.00 | First Mortgage BAC Home Loan Servicing LP - 422,900.00 Judgment Lien Robert Gilbert - $127,000.00 Judgment Lien William C. Fox HVAC Inc. - 5,732.00 Judgment Lien Harry McCabe - 6,702.00 | 19,646.00 | 0.00 | 0.00 |

| Creditor | Collateral | | | Treatment | | |
|---|---|---|---|---|---|---|
| William C. Fox HVAC Inc. | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | 5,732.00 | 494,900.00 | First Mortgage BAC Home Loan Servicing LP - 422,900.00 Judgment Lien Robert Gilbert - $127,000.00 | 5,732.00 | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Nationstar Mortgage | 1504 Walnut Avenue Voorhees, NJ 08043 | 225,100.00 | 69,473.00 |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| BAC Home Loan Servicing LP |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| State of New Jersey | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | 4,425.46 |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____   Not less than $____ to be distributed *pro rata*

   ____   Not less than ___ percent

   __X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

4

**Part 7: Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Harry MCcabe | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | Judgment Lien | 6,702.00 | 494,900.00 | 0.00 | 549,900.00 | 6,702.00 |
| Paul Davis Systems of Souther NJ Inc. | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | Judgment Lien | 19,646.00 | 494,900.00 | 0.00 | 556,602.00 | 19,646.00 |
| William C. Fox HVAC Inc. | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | Judgment Lien | 5,732.00 | 494,900.00 | 0.00 | 576,248.00 | 5,732.00 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Robert Gilbert | Location: 60 Holly Oak Drive, Voorhees NJ 08043 | 72,000.00 | 54,817.82 |

**Part 8: Other Plan Provisions**

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**

5

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: April 3, 2012.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| The debtor is modifying his Chapter 13 Plan as well as Schedule D to include a judgment lien held by Paul Davis Systems of South NJ, Inc. d/b/a Paul Davis Restoration of Southern NJ. | The debtor is avoiding the lien held by Paul Davis Systems of South NJ, Inc. d/b/a Paul Davis Restoration of Southern NJ. |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    March 17, 2017    /s/ S. Daniel Hutchison
S. Daniel Hutchison 6931
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    March 17, 2017    /s/ Roger E. Parrott
Roger E. Parrott
Debtor

Date:    
Joint Debtor

6

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 11-40576-JNP
Roger E Parrott                                                   Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                   Date Rcvd: Mar 20, 2017
                              Form ID: pdf901             Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db           +Roger E Parrott,    60 Holly Oak Drive,    Voorhees, NJ 08043-1538
aty          #Zucker, Goldberg & Ackerman,    200 Sheffield Street, Suite 200,    P.O. Box 1024,
               Mountainside, NJ 07092-0024
lm            Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
512460661    +ADT Security Service,    PO Box 96175,    Las Vegas, NV 89193-6175
512460662    +ADT Security Services, Inc.,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
512460669     ARM,   PO Box 129,   Thorofare, NJ 08086-0129
512460663    +Akron Billing Center,    2620 Ridgewood Rd.,    Akron, OH 44313-3507
512460664    +Allied Interstate,    3000 Corporate Exec.,    Columbus, OH 43231-7689
512460665    +American Home Shield,    Attn: Accounting Dept,    PO Box 2803,    Memphis, TN 38101-2803
512460666    +Ameriloan,    3531 P. Street NW,    PO Box 111,    Miami, OK 74355-0111
512460667     Anju Nayar MD,    705 Worthington Drive,    Moorestown, NJ 08057-4409
512460668    +Apex,   1891 Santa Barbara Drive, #204,    Lancaster, PA 17601-4106
512460673    +B & B Tree,   1724 Maple Ave.,    Cherry Hill, NJ 08002
512460674    +BAC Home Loan Servicing LP,    450 American St SV,    Simi Valley, CA 93065-6285
512460683    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: Continental Finance,      PO Box 8099,    Newark, DE 19714-8099)
512460677    +Carpet and Upholstery Care,    1509 Rt. 38,    Hainesport, NJ 08036-2981
512460680    +Clements Lawn Mowing,    25 S. White Horse Pike,    Audubon, NJ 08106-1335
512460681    +Clemmens Lawn and Landscape Maintenance,    PO Box 188,    Atco, NJ 08004-0188
512460682     Comcast Cable,    PO Box 3005,   Southeastern, PA 19398-3005
512460686    +DSNB Macy's,   Citibank,    PO Box 8053,    Mason, OH 45040-8053
512543806    +Delaware Title Loans, Inc,    c/o The Salkin Law Firm, P.A.,
               1776 N. Pine Island Road, Suite 218,    Plantation, FL 33322-5223
512460684    +Delaware Title Loans, Inc.,    111 Naamans Road,    Claymont, DE 19703-2713
513087691    +++Doehny Water Warehouse,    Centurion Service Corporation,    1040 S. Arlington Heights Road,
               Suite 205,    Arlington, Heights, IL 60005-3162
512460685    +Doheny Water Warehouse,    Warehouses/Enterprises,    6950 51st St,    Kenosha, WI 53144-1740
512460689    +ERSolutions, Inc.,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
512460687    +Eastern Account System of Conn., Inc.,    PO Box 837,    Newtown, CT 06470-0837
512460688    +Emergency Physician of SJ,    2620 Ridgewood Road,    Akron, OH 44313-3527
512460690    +First Bank of Delaware,    1608 Walnut Street,    Suite 1000,    Philadelphia, PA 19103-5451
512460691    +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
512460692     First Premier Bank, Inc.,    PO Box 5524,    Sioux Falls, SD 57117-5524
512591189    +++Freshcoat,    400 Stokes Road,    Medford, NJ 08055-8406
512460693    +Freshcoat Painting,    520 Stokes Road, Ste A-8,    Medford, NJ 08055-2915
512460695    +GEMBC/Walmart,    PO Box 981400,    El Paso, TX 79998-1400
512460696    +Gibson Electrical and General Contractor,    1016 Jarvis Road,    Sicklerville, NJ 08081-9728
512460698     HRRG,   Re: Voorhees Emerg Phy Servic,    PO Box 189053,    Plantation, FL 33318-9053
512460699    +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
512460700    +HSBC Bank Nevada NA,    1111Town Center Drive,    Las Vegas, NV 89144-6364
512460697    +Harry MCcabe,    c/o Hoffman & Mancini, P.C.,    1814 East Route 70, Suite 350,
               Cherry Hill, NJ 08003-2057
512460701    +In the Swim,    320 Industrial Drive,    West Chicago, IL 60185-1876
512460703    +JMA Landscaping,    327 Lincoln Ave,    West Berlin, NJ 08091-1209
512460702    +Jersey Pool and Spas,    683 Stokes Road,    PO Box 1332,    Medford, NJ 08055-6332
512460704    +Joseph C. Stringfellow,    2 Hartsdale Court,    Burlington, NJ 08016-5146
512460705    +Mangold Lawn & Landscaping, Inc.,    6 Grove Ct.,    Marlton, NJ 08053-4927
516707727    +Mark J. Molz, Esq.,    Law Offices of Mark J. Molz,    1400 Route 38 East,    P O Box 577,
               Hainesport, NJ 08036-0577
512460706    +Matthew P. Carroll,    200 East Chestnut Street 20D,    Bordentown, NJ 08505-2050
512460707    +Medical Center at Princeton-OP,    253 Witherspoon St.,    Princeton, NJ 08540-3211
512460708    +Mount Laurel Heating and Cooling,    23 Oregon Ave,    Mount Laurel, NJ 08054-1115
512460709    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
512460710    +NCO Financial Systems,    Dept 64,    PO Box 64,    Trenton, NJ 08601-0064
512460713     NJ American Water,    PO Box 578,    Alton, IL 62002-0578
512460712    +Niagara Pools & Spa's,    318 S. Black Horse Pike,    Blackwood, NJ 08012-2804
512460724    +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
512460715    +Paragon Federal Credit Union,    100 Paragon Drive,    Montvale, NJ 07645-1780
512460714     Paragon Federal Credit Union,    PO Box 400,    Montvale, NJ 07645-0400
516707728    +Paul Davis Systems of Souther NJ Inc.,    dba Paul Davis Restoration of SouthernNJ,
               509 E. Park Drive,    Hainesport, NJ 08036-3650
512460717     Pepco Holdings, Inc.,    630 Martin Luther King Jr. Blvd.,    PO Box 231,
               Wilmington, DE 19899-0231
512460720    +Precision Power Wash, Inc.,    27 S. White Horse Pike,    Somerdale, NJ 08083-1737
512460721     Princeton Healthcare System,    PO Box 8500,    Philadelphia, PA 19178-9226
513300777    +Princeton Medical Center,    Att: CC & CB,    POB 336,    Raritan, NJ 08869-0336
512460722    +Progressive,    PO Box 94739,    Cleveland, OH 44101-4739
512460723     Progressive Insurance,    PO Box 129,    Grand River, OH 44045-0129
512460730    #+RMS,   4836 Brecksville Rd.,    PO Box 523,    Richfield, OH 44286-0523
512460725    +Rachelle A. Waitz, Esq.,    2100 One Liberty Place,    1650 Market Street,
               Philadelphia, PA 19103-7301
512460726     Raymour & Flanigan,    PO Box 130,    Liverpool,    Liverpool, NY 13088-0130
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Mar 20, 2017
                              Form ID: pdf901          Total Noticed: 105


512460728      +Regional Sewer Service,   Re: 340027531,   PO Box 1105,   Bellmawr, NJ 08099-5105
512460727       Regional Sewer Service,   Re: 340021088,   PO Box 1105,   Bellmawr, NJ 08099-5105
512460731      +Robert Gilbert,   5508 Edsel Street,   Harrisburg, PA 17109-5658
512460732      +Runnemede Plumbing & Heating,   39 North Black Horse Pike,   Runnemede, NJ 08078-1695
513426820     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,
                 Attn: Bankruptcy Department,   P O Box 245,   Trenton, NJ 08695)
512460733      +Sarah Fern Meil,   19 Bridge Street,   PO Box 426,   Stockton, NJ 08559-0426
512460734       South Jersey Gas,   PO Box 3121,   West Grove, PA 19390-3121
512460735      +Sterling Credit Corporation,   PO Box 675,   Spring House, PA 19477-0675
512460737       The Home Depot Card,   House Crafters,   Dept 51,   Atlanta, GA 30353-5980
512460738      +Todd’s Chem Dry,   5626 Rt 38,   Merchantville, NJ 08109-4814
512460739       Transworld Systems, Inc.,   Collection Agency,   Raritan Plaza II,   #A 23,   Edison, NJ 08837
512460740      +Transworld Systems, Inc.,   5300 Hollister St. #500,   Houston, TX 77040-6138
512460741      +United Capital Lenders,   3747 Church Road,   Mount Laurel, NJ 08054-1144
512460742       Virtua Health Berlin,   PO Box 7009,   Bellmawr, NJ 08099-7009
512460743      +Virtua Health Voorhees,   Mail Processing Center,   2 Broad Street,   Bloomfield, NJ 07003-2547
512460744      +Virtua Medical Group,   PO Box 6028,   Bellmawr, NJ 08099-6028
512460729    +++WEIR & PARTNERS LLP,   215 FRIES MILL ROAD, 2ND FLOOR,   TURNERSVILLE, NEW JERSEY 08012-2021
512460746      +William C. Fox HVAC Inc.,   703 Van Rossum,   Beverly, NJ 08010-1739
512534631      +William C. Fox Heating and Air Conditioning LLC,   Law office of Joseph C. Stringfellow,
                 2 Hartsdale Court,   Burlington, NJ 08016-5146
512460747       Zallie Supermarket,   ROI Services,   PO Box 1886,   Wake Forest, NC 27588-1886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2017 22:57:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2017 22:57:29     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512460671       E-mail/Text: g20956@att.com Mar 20 2017 22:58:00     AT&T Wireless,   PO Box 8220,
                 Aurora, IL 60572-8220
512460672      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 20 2017 22:57:13     Atlantic City Electri,
                 5 Collins Drive,   Penns Grove, NJ 08069-3600
512534689       E-mail/Text: bankruptcy@pepcoholdings.com Mar 20 2017 22:57:13
                 Atlantic City Electri Company,   Pepco Holdings Inc.,   Bankruptcy Div., Mail Stop:84CP42,
                 5 Collins Drive, Ste. 2133,   Carneys Point, NJ  08069-3600
512460676      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 20 2017 22:54:33
                 Capital One Auto Finance,   3901 North Dallas Parkway,   Plano, TX 75093-7864
512460679      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 20 2017 22:57:21
                 Certified Credit Collection Bureau,   PO Box 336,   Raritan, NJ 08869-0336
512585173       E-mail/Text: cio.bncmail@irs.gov Mar 20 2017 22:57:04
                 Department of the Treasury - Internal Revenue Serv,   P.O. Box 7317,
                 Philadelphia, PA 19101-7317
512460694      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2017 22:53:55     GEMB/JCPenny’s,   PO Box 103106,
                 Roswell, GA 30076-9106
512460711      +E-mail/Text: bankruptcydepartment@tsico.com Mar 20 2017 22:58:05
                 NCO Financial Systems, Inc.,   PO Box 15630,   Dept 02,   Wilmington, DE 19850-5630
512542048      +E-mail/Text: csc.bankruptcy@amwater.com Mar 20 2017 22:58:14     New Jersey American Water,
                 POB 578,   Alton IL 62002-0578
512460718       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:12:27
                 Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502
512460719       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:00:22
                 Portfolio Recovery Assoc,   PO Box 12914,   Norfolk, VA 23541
512512957       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:29:57
                 Portfolio Recovery Associates, LLC,   c/o Jc Penney,   POB 41067,   Norfolk VA 23541
512512960       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:12:15
                 Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
512512962       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2017 23:00:40
                 Portfolio Recovery Associates, LLC,   c/o Wal-mart,   POB 41067,   Norfolk VA 23541
512566546      +E-mail/Text: bankruptcy@pseg.com Mar 20 2017 22:56:40     PSE&G,   PO Box 490,
                 Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
512460716       E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2017 22:54:23     Pay Pal Plus,   PO Box 960080,
                 Orlando, FL 32896-0080
512741722       E-mail/Text: recovery@paypal.com Mar 20 2017 22:56:40     PayPal Inc,   PO Box 45950,
                 Omaha NE 68145-0950
512810072      +E-mail/Text: csidl@sbcglobal.net Mar 20 2017 22:57:52     Premier BankCard/Charter,
                 PO Box 2208,   Vacaville, CA 95696-8208
512460745      +E-mail/Text: jdukelow@voorheesnj.com Mar 20 2017 22:57:31     Voorhees Township,
                 Re: Water & Sewer,   620 Berlin Road,   Voorhees, NJ 08043-1493
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC Home Loans Servicing, LP, fka Countrywide Home
512711528       BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME
```

```
District/off: 0312-1           User: admin              Page 3 of 3                Date Rcvd: Mar 20, 2017
                               Form ID: pdf901          Total Noticed: 105

cr*             +Robert Gilbert,    5508 Edsel Street,    Harrisburg, PA 17109-5658
512508531*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue,    PO Box 21126,    Philadelphia PA 19114)
512513526*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19114)
516707726*      Internal Revenue,    PO Box 744,    Springfield, NJ 07081
513359742*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
512512970*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,
                 Norfolk VA 23541)
512512971*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,
                 Norfolk VA 23541)
512460670      ##+Associated Cardiovascular Consult,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
512460675      ##Bureau of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
512460678      ##Centurion Service Corporation,    1606 Colonial Parkway,    Palatine, IL 60067-4738
512460736      ##+Terminex,   650 Grove Road, Suite 104A,    Paulsboro, NJ 08066-1850
                                                                                              TOTALS: 2, * 7, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Barbara J. Snavely    on behalf of Debtor Roger E Parrott jjresq1@comcast.net
              Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    Nationstar Mortgage, LLC bankruptcy@feinsuch.com
              Richard P. Coe, Jr.    on behalf of Plaintiff Robert  Gilbert rcoe@weirpartners.com,
               rcoe62@hotmail.com;mmorris@weirpartners.com
              Richard P. Coe, Jr.    on behalf of Creditor Robert  Gilbert rcoe@weirpartners.com,
               rcoe62@hotmail.com;mmorris@weirpartners.com
              S. Daniel Hutchison    on behalf of Debtor Roger E Parrott sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
              S. Daniel Hutchison    on behalf of Defendant Roger E Parrott sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
                                                                                              TOTAL: 9