**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtor

**Order Filed on July 25, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No: 11-40576 |
| Roger E. Parrott | Hearing Date: |
| | Judge: JNP |

**ORDER DISCHARGING AND AVOIDING JUDGMENT**
**AND JUDGMENT LIEN**

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby ORDERED.

DATED: July 25, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THISE MATTER** having come before the Court pursuant to Debtor's motion under 11 U.S.C. §522(f) to avoid and discharge the pre-petition judgment of Paul Davis Systems of Southern NJ Inc. (the "Judgment") and the lien arising therefrom (the "Lien"), the Court having considered the moving papers, any written opposition, and the arguments of counsel, if any and for good and sufficient cause,

**IT IS** on this ___ day of _____, 2017, hereby **ORDERED** as follows:

The Judgment (Judgment No. DJ-038192-17) obtained by Paul Davis Systems of Southern NJ Inc. in the amount of $19,646.00 plus costs and interest against Debtor, Roger E. Parrott, in a certain Civil Action and the lien arising therefrom as a result of the recording of such Judgment in the Clerk's Office (the "Lien") is hereby fully discharged and avoided under 11 U.S.C. §522(d) as impairing the Debtor's exemptions.  The debtor may file this Order with the appropriate Clerk's Office as proof of the avoidance and discharge of said Judgments and Lien.