**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtor

Order Filed on July 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No: 11-40576 |
| Roger E. Parrott | Hearing Date: |
| | Judge: JNP |

**ORDER DISCHARGING AND AVOIDING JUDGMENT
AND JUDGMENT LIEN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 25, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THISE MATTER** having come before the Court pursuant to Debtor's motion under 11 U.S.C. §522(f) to avoid and discharge the pre-petition judgment of Paul Davis Systems of Southern NJ Inc. (the "Judgment") and the lien arising therefrom (the "Lien"), the Court having considered the moving papers, any written opposition, and the arguments of counsel, if any and for good and sufficient cause,

**IT IS** on this ___ day of _____, 2017, hereby **ORDERED** as follows:

The Judgment (Judgment No. DJ-038192-17) obtained by Paul Davis Systems of Southern NJ Inc. in the amount of $19,646.00 plus costs and interest against Debtor, Roger E. Parrott, in a certain Civil Action and the lien arising therefrom as a result of the recording of such Judgment in the Clerk's Office (the "Lien") is hereby fully discharged and avoided under 11 U.S.C. §522(d) as impairing the Debtor's exemptions. The debtor may file this Order with the appropriate Clerk's Office as proof of the avoidance and discharge of said Judgments and Lien.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 11-40576-JNP
Roger E Parrott                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1           Date Rcvd: Jul 26, 2017
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db             +Roger E Parrott,    60 Holly Oak Drive,    Voorhees, NJ 08043-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
     Barbara J. Snavely    on behalf of Debtor Roger E Parrott jjresq1@comcast.net
     Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     R. A. Lebron    on behalf of Creditor    Nationstar Mortgage, LLC bankruptcy@feinsuch.com
     Richard P. Coe, Jr.    on behalf of Plaintiff Robert  Gilbert rcoe@weirpartners.com, rcoe62@hotmail.com;mmorris@weirpartners.com
     Richard P. Coe, Jr.    on behalf of Creditor Robert  Gilbert rcoe@weirpartners.com, rcoe62@hotmail.com;mmorris@weirpartners.com
     S. Daniel Hutchison    on behalf of Defendant Roger E Parrott sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
     S. Daniel Hutchison    on behalf of Debtor Roger E Parrott sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
                                                                                   TOTAL: 9